# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JORGE HERRERA a/k/a JUAN DEJESUS RODRIGUEZ, | * * * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:16-cv-88 |
| v. | * * | |
| T. JOHNS, | * * | |
| Respondent. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which Petitioner Jorge Herrera ("Herrera") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Herrera's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Herrera *in forma pauperis* status on appeal.

**SO ORDERED**, this 19 day of September, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)